**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

v.

Kirk Deshaun Woodley,

Defendant.
_______________________________/

Case: 2:26−cr−20191
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 4/2/2026
Description: INFO USA V. WOODLEY (AB)

Violations: 18 U.S.C. § 1349
18 U.S.C. § 1028A

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
**18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud**

KIRK DESHAUN WOODLEY

1. Beginning at least as early as May 2015, and continuing through at least May 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, Kirk Deshaun Woodley, along with others known and unknown, did knowingly, intentionally, and voluntarily combine, conspire, confederate, and agree to commit wire fraud, in violation of Title 18, United States Code, Section 1343, that is, to knowingly, and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud, and for obtaining money and

property by means of materially false and fraudulent pretenses, representations, and promises, and to transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds, for the purposes of executing such scheme and artifice; all in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
## 18 U.S.C. § 1028A – Aggravated Identity Theft

KIRK DESHAUN WOODLEY

2. The allegations in paragraph 1 are hereby repeated, re-alleged, and incorporated by reference as if fully set forth herein.

3. On or about December 29, 2022, in the Eastern District of Michigan, Southern Division, the defendant, Kirk Deshaun Woodley, did knowingly possess, use, and transfer, without lawful authority, one or more means of identification of another person – that is, the name, date of birth, and Social Security Number of P.G. – during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Conspiracy to Commit Wire Fraud identified in Count One, in violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another actual person; all in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

4. The above allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

5. Upon conviction of the offense charged in Count One of this Information, Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349, the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

6. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of the defendant up to the value of the forfeitable property described above.

7. Money Judgment: Upon conviction of violating Title 18, United States Code, Section 1349, the United States will seek a forfeiture money judgment against the defendant in an amount equal to the total amount of proceeds the defendant obtained as a result of such violation.

JEROME F. GORGON JR.
United States Attorney

*s/Andrew J. Yahkind for*
JOHN K. NEAL
Chief, Anti-Corruption Unit
Assistant United States Attorney

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

Dated: April 2, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 2:26−cr−20191 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: 2:25-cr-20834 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Brandy R. McMillion |
| ☒ **Yes** ☐ **No** | **AUSA's Initials:** C.M.L. |

**Case Title:** USA v. Kirk Deshaun Woodley

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number: 24-mj-30274**]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________ **Judge:** ______________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 2, 2026
Date

*s/ Corinne M. Lambert*
Corinne M. Lambert
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9129
Fax: (313) 226-2873
E-Mail address: Corinne.Lambert@usdoj.gov
Attorney Bar #: P74285

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.